IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES A. FILHIOL, <br><br> Plaintiff, <br><br> vs. <br><br> ANY UNKNOWN NDOCS EMPLOYEES INVOLVED IN MY CLASSIFICATION PROCESS AT NDOCS, ANY AND ALL UNKNOWN MEDICAL STAFF AWARE OF MY CURRENT MEDICAL CONDITIONS WHO WORK FOR OR ARE CONTRACTED THROUGH THE NDOCS, ANY AND ALL UNKNOWN HALL COUNTY NEBRASKA CORRECTIONS STAFF AND MEDICAL STAFF AND ADMINISTRATORS INVOLVED IN THIS CLAIM, and TODD BAHENSKY, Director of Hall County Department of Corrections; <br><br> Defendants. | 8:16CV460 <br><br> MEMORANDUM AND ORDER |

Pursuant to the court's previous order ([Filing No. 28](#)), Defendant Todd Bahensky identifies several "current or former employees" of the Hall County Department of Corrections ("HCDC") in his Amended Answer ([Filing No. 33 at CM/ECF pp. 2-3](#)). In order to facilitate service of process,

IT IS ORDERED that: **No later than July 24, 2017**, Defendant Bahensky shall identify which of the HCDC employees identified in his Amended Answer are no longer employed with HCDC. The clerk's office is directed to set a pro se

case management deadline using the following text: **July 24, 2017**: check for names of former employees.

Dated this 10th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge