IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CHARLES A. FILHIOL, | |
|---|---|
| Plaintiff, | 8:16CV460 |
| vs. | |
| TODD BAHENSKY, Director of Hall County Department of Corrections; AARON GRAY, Sergeant; TROY TAYLOR, Classifications Officer; JASON CONLEY, Classifications Sergeant; TRAVIS MILEM, EDDY CHAMPION, SARAH HOOD, (Blodgett); DARLA SPARR, Sergeant; BARBARA LURZ, TAMMY BADER, DESTINEE CHAPPA, LACY BROEKER, NICHOLE LOVE, ANGELA MACIEJEWSKI, and ANGELA BARCENAS, | MEMORANDUM AND ORDER |
| Defendants. | |

This matter is before the court on case management. Defendants can be placed in two categories: Hall County Department of Corrections ("HCDC") correctional officers and Advanced Correctional Health Care ("ACH") medical professionals. The two categories are represented by different counsel. On September 13, 2017, the HCDC correctional officers filed a dispositive motion: a Motion for Summary Judgment. ([Filing No. 60](#).) Because the last ACH medical professional filed an Answer just yesterday, the court has yet to enter a progression order, which deals in part with the deadline for dispositive motions. Accordingly, Plaintiff will be given additional time to respond to the HCDC correctional officers' summary judgment motion.

IT IS THEREFORE ORDERED that: Plaintiff may no later than **November 6, 2017**, file a response to the HCDC correctional officers' Motion for Summary Judgment ([Filing No. 60](#)). The clerk's office is directed to set a pro se case management deadline using the following text: **November 6, 2017**: check for Plaintiff's response to HCDC correctional officers' Motion for Summary Judgment.

Dated this 5th day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge